IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY WHEELER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.  09-114-SCW |
| | ) |
| JAY MERCHANT, GREGORY A. JAMES, | ) |
| RICK D. SUTTON, FREDERICO | ) |
| FERNANDEZ, JASON C. BRADLEY, | ) |
| CHRISTEL CROW, TERESA KISRO, | ) |
| SERGEANT OWENS, MARK | ) |
| MARTMAN, | ) |
| | ) |
| Defendant(s). | |

**JUDGMENT IN A CIVIL CASE**

Defendant **SERGEANT OWENS** was dismissed without prejudice by an Order entered by District Judge Michael J. Reagan on March 11, 2011 (Doc. 103).

Defendants **JAY MERCHANT, GREGORY A. JAMES, RICK D. SUTTON, FREDERICO FERNANDEZ,** and **CHRISTEL CROW** were dismissed by an Order entered by Magistrate Judge Stephen C. Williams on April 25, 2012 (Doc. 127).

The remaining issues case before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdicts in favor of **JASON BRADLEY, TERESA KISRO**, and **MARK HARTMAN** and against plaintiff **ANTHONY WHEELER**.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **JAY MERCHANT, GREGORY A. JAMES, RICK D. SUTTON, FREDERICO FERNANDEZ, JASON C. BRADLEY, CHRISTEL CROW, TERESA KISRO,**

**SERGEANT OWENS, MARK MARTMAN** and against Plaintiff **ANTHONY WHEELER,**

Plaintiff shall take nothing from this action.

**DATED** this 20th day of September, 2012

                                                  **NANCY J. ROSENSTENGEL, CLERK**

                                                  **BY: S/ Angela Vehlewald**
                                                        **Deputy Clerk**

**Approved by      S/ Stephen C. Williams**
                **United States Magistrate Judge**
                        **Stephen C. Williams**